Form 3-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**          FORM 3

Jiangsu Nova Intelligent Logistics Equipment Co., Ltd., Nanjing Jinshidai Storage Equipment Co., Ltd., and Hebei Nova Intelligent Logistics Equipment Co., Ltd .

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

**S U M M O N S** 25-00175

**TO:**  The Attorney General, the Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.



**/s/ Mario Toscano**
Clerk of the Court

1. Jiangsu Nova Intelligent Logistics Equipment Co., Ltd., Exporter and/or Producer
Nanjing Jinshidai Storage Equipment Co., Ltd., Exporter and/or Producer
Hebei Nova Intelligent Logistics Equipment Co., Ltd Exporter and/or Producer.

2. Final Results of Antidumping Duty Administrative Review of Certain Steel Racks and Parts Thereof from China for the period 9/1/2022 - 8/31/2023

(Brief description of contested determination)

3. July 3, 2025

(Date of determination)

4. 90 Fed. Reg 30629 (July 10, 2025)

(If applicable, date of publication in Federal Register of notice of contested determination)

/s/David J. Craven

Signature of Plaintiff's Attorney

8/4/2025

Date

Name, Address, Telephone Number and E-mail Address of Plaintiff's Attorney

David Craven, Craven Trade Law LLC
3744 N Ashland, Chicago, IL 60613
(773)709-8506
david.craven@tradelaw.com

**SEE REVERSE SIDE**

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. § 1581(c), is
commenced to contest a determination listed in section 516A(a)(2)
or (3) of the Tariff Act of 1930, the action is commenced by filing
a summons only, and the clerk of the court is required to make
service of the summons. For that purpose, list below the complete
name and mailing address of each defendant to be served.

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018.)

SERVICE OF SUMMONS BY THE CLERK
Attorney General of the United States
Attorney-in-Charge
International Trade Field Office
U.S. DEPARTMENT OF JUSTICE
Civil Division
26 Federal Plaza
New York, NY 10278

The Honorable Howard Lutnick
c/o Chief Counsel for Trade Enforcement and Compliance
U.S. DEPARTMENT OF COMMERCE
14th Street and Constitution Avenue, N.W.
Washington, DC 20230

Supervisory Attorney
Civil Division
Commercial Litigation Branch
U.S. DEPARTMENT OF JUSTICE
P.O. Box 480
Ben Franklin Station
Washington, DC 20444