# UNITED STATES COURT OF INTERNATIONAL TRADE

## INFORMATION STATEMENT

*(Place an "X" in applicable [ ])*

| | |
|---|---|
| **PLAINTIFF:**<br>Jiangsu Nova Intelligent Logistics Equipment Co., Ltd., et. al.<br>**ATTORNEY** (*Name, Address, Telephone No.*): | |

---

**CONSTITUTIONAL ISSUE - 28 U.S.C. § 255**

If this action raises an issue of the constitutionality of an Act of Congress, a proclamation of the President or an Executive order, check this box: [   ]

---

**J U R I S D I C T I O N**

**28 U.S.C. § 1581(a) - Tariff Act of 1930, Section 515 - 19 U.S.C. § 1515**

[ ] Appraisal          [ ] Classification     [ ] Charges or Exactions     [ ] Vessel Repairs
[ ] Exclusion          [ ] Liquidation        [ ] Drawback
[ ] Refusal to Reliquidate   [ ] Rate of Duty   [ ] Redelivery

**28 U.S.C. § 1581(b) - Tariff Act of 1930, Section 516 - 19 U.S.C. § 1516**

[ ] Appraisal        [ ] Classification       [ ] Rate of Duty

**28 U.S.C. § 1581(c) - Tariff Act of 1930, Section 516A(a)(1), (a)(2) or (a)(3) - 19 U.S.C. §1516a or Section 517(g) – 19 U.S.C. §1517**

(*Provide a brief description of the administrative determination you are contesting, including any relevant* **Federal Register** *or* **Administrative Determination** *citation(s) and the product(s) involved in the determination.   For Section 516A(a)(1) or (a)(2), cite the specific subparagraph and clause of the section.*)

Subparagraph and Clause _____ Agency_____

**Federal Register** or **Administrative Determination** Cite(s) _____

Product(s)_____

**28 U.S.C. § 1581(d) - Trade Act of 1974 - 19 U.S.C. §§ 2273, 2341, 2401b**

[ ] U.S. Secretary of Labor     [ ] U.S. Secretary of Commerce     [ ] U.S. Secretary of Agriculture

**28 U.S.C. § 1581(e) - Trade Agreements Act of 1979, Section 305(b)(1) - 19 U.S.C. § 2515** (*Provide a brief statement of the final determination to be reviewed.*)

**28 U.S.C. § 1581(f) - Tariff Act of 1930, Section 777(c)(2) - 19 U.S.C. § 1677f(c)(2)**

Agency:     [ ] U.S. International Trade Commission      [ ] Administering Authority

**28 U.S.C. § 1581(g) - Tariff Act of 1930, Section 641 - 19 U.S.C. § 1641 - or Section 499 - 19 U.S.C. § 1499**

[ ] Sec. 641(b)(2)      [ ] Sec. 641(b)(3)      [ ] Sec. 641(c)(1)      [ ] Sec. 641(b)(5)
[ ] Sec. 641(c)(2)      [ ] Sec. 641(d)(2)(B)   [ ] Sec. 499(b)

**28 U.S.C. § 1581(h) - Ruling relating to:**

[ ] Classification    [ ] Valuation    [ ] Restricted Merchandise

[ ] Rate of Duty    [ ] Marking    [ ] Entry Requirements

[ ] Drawbacks    [ ] Vessel Repairs    [ ] Other: _____

_____

**28 U.S.C. § 1581(i)** - *(Cite any applicable statute and provide a brief statement describing jurisdictional basis.)*

**28 U.S.C. § 1582 - Actions Commenced by the United States**

[ ] (1) Recover civil penalty under Tariff Act of 1930:

    [ ] Sec. 592    [ ] Sec. 593A    [ ] Sec. 641(b)(6)

    [ ] Sec. 641(d)(2)(A)    [ ] Sec. 704(i)(2)    [ ] Sec. 734(i)(2)

[ ] (2) Recover upon a bond

[ ] (3) Recover customs duties

**R E L A T E D   C A S E (S)**

To your knowledge, does this action involve a common question of law or fact with any other action(s) previously decided or now pending?

| | PLAINTIFF | COURT NUMBER | JUDGE |
|---|---|---|---|
| [ ] Decided: | | | |
| [ ] Pending: | | | |

(Attach additional sheets, if necessary.)

(As amended, eff. Jan. 1, 1985; Jan. 25, 2000, eff. May 1, 2000; May 25, 2004, eff. Sept. 1, 2004; Nov. 29, 2005, eff. Jan. 1, 2006; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 4, 2012, eff. Jan. 1, 2013; Sept. 18, 2018, eff. Oct. 15, 2018.)