## Certificate of Service

      As counsel for Jiangsu Nova Intelligent Logistics Equipment Co. et. al  I certify that on August 4, 2025 the attached document was filed electronically with the Court using the CM/ECF system.  Accordingly, pursuant to the provisions of Administrative Order 02-01, such documents are deemed to have been electronically served  on all parties to the proceeding.

                                      /s/ David Craven  
                                      David Craven