# NOTICE TO INTERESTED PARTIES
Jiangsu Nova Intelligent Logistics Equipment Co., Ltd., Nanjing Jinshidai Storage Equipment Co., Ltd., and Hebei Nova Intelligent Logistics Equipment Co., Ltd .v. United States

Ct. No. 25-00175

  Pursuant to Rule 3(f) of the Rules of the U.S. Court of International Trade, I hereby certify that on or before August 11, 2025 I notified all interested parties who were a party to the proceeding below, by mailing a copy of the foregoing Complaint by certified mail, return receipt requested or by other means if agreed to by the parties:

**Roger B. Schagrin, Esq.**
**Schagrin Associates**
**900 7th Street, NW**
**Suite 500**
**Washington, DC 20001**

**Brady W. Mills, Esq**
**Morris, Manning & Martin, LLP**
**1333 New Hampshire Avenue, NW**
**Suite 800**
**Washington, DC 20036**

**Gregory Menegaz, Esq.**
**The Inter-Global Trade Law**
**Group PLLC**
**1156 15th Street, NW**
**Suite 1101**
**Washington, DC 20005**

**Alan H Price, Esq.**
**Wiley Rein LLP**
**2050 M Street, NW**
**Washington, DC 20036**

_/s/ David Craven_____
David J. Craven