**IN THE UNITED STATES COURT OF INTERNATIONAL TRADE**

**BEFORE: THE HONORABLE TIMOTHY C. STANCEU, SENIOR JUDGE**

| | |
|---|---|
| JIANGSU NOVA INTELLIGENT LOGISTICS EQUIPMENT CO., LTD., *ET AL*,      Plaintiffs,      v.      UNITED STATES,      Defendant. | Court No. 25-00175 |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, the undersigned appears as "of counsel" for defendant, the United States, in this action and requests that all papers be served on him.  The individual attorney in the Government, who is responsible for the litigation, is Isabelle Aubrun.


Dated:  August 29, 2025

s/Charlie Chung
Charlie Chung
Attorney
Office of the Chief Counsel
 for Trade Enforcement & Compliance
U.S. Department of Commerce
1401 Constitution Avenue N.W.
Washington, D.C. 20230
Tel:  (202) 482-2000
Email:  Charlie.Chung@trade.gov