# Certificate of Service

      I, David Craven, hereby certify that on August 29, 2025 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.  Pursuant to the filing procedures established by the Clerk of Court, such filing constitutes service of the document.

<u>/s/ David Craven</u><br>
David Craven

August 29, 2025