**UNITED STATES COURT OF INTERNATIONAL TRADE**        **FORM 24**

|  |  |
|---|---|
| Plaintiff,<br><br>v.<br><br>Defendant. | **Court No.:** |

**ORDER FOR STATUTORY INJUNCTION UPON CONSENT**

Pursuant to 19 U.S.C. § 1516a(c)(2), this Court may enjoin the liquidation of all entries of merchandise identified below:

_____ counsel certifies that they have conferred with all other
[NAME OF PARTY'S]

parties to the action, including _____, counsel to the
[NAME OF GOVERNMENT ATTORNEY]

United States, and all parties to this action conveyed consent to the contents of this form.

                                             Respectfully submitted,

                                        By: _____
                                                 Attorney for Jiangsu Nova Intelligent Logistics Equipment Co., Ltd.,
                                                 [(Insert name of firm, address &
                                                 telephone number)]

Accordingly, it is hereby

**ORDERED** that Defendant, United States, together with its delegates, officers, agents, and servants, including employees of U.S. Customs and Border Protection and the U.S. Department of Commerce, is enjoined during the pendency of this litigation, including any appeals, from issuing instructions to liquidate or making or permitting liquidation of any unliquidated entries of

_____;
*[insert Product]*

from_____;
*[insert Country]*

(1)  That were: (Add additional lines as needed)

    ☐ produced by _____
                               *[Company Name]*

    ☐ exported by Jiangsu Nova Intelligent Logistics Equipment Co., Ltd., Nanjing Jinshidai Storage Equipment Co., Ltd., and Hebei Nova Intelligent Logistics Equipment Co., Ltd.

    ☐ produced by _____ and
                               *[Company Name]*
      exported by _____
                               *[Company Name]*

    ☐ produced and exported by _____
                                      *[Company Name]*

    ☐ produced and/or exported by

    ☐ produced by _____ and
                               *[Company Name]*
      imported by _____;
                               *[Company Name]*

(2)  That were the subject of the United States Department of Commerce's final determination in _____
_____;
*[insert title, volume, page and date of FR Notice]*

(3)  That were entered, or withdrawn from warehouse, for consumption, during the period _____ through _____;
                        *[Date]*                           *[Date]*

Form 24-3

and it is further

**ORDERED** that the entries subject to this injunction shall be liquidated in accordance with the final court decision in this action, including all appeals and remand proceedings, as provided in 19 U.S.C. § 1516a(e); and it is further

**ORDERED** that any entries inadvertently liquidated after this order is signed but before this injunction is fully implemented by U.S. Customs and Border Protection shall be promptly returned to unliquidated status and suspended in accordance with this injunction.

DATED: _____8/29/2025_____          ____/s/ Timothy C. Stanceu_____
                New York, New York                                     Judge

(Added Sept.19, 2017, eff. Oct. 23, 2017; amended June 18, 2019, eff. July 1, 2019; Dec. 13, 2022, eff. Jan. 23, 2023.)

# Certificate of Service

      I, David Craven, hereby certify that on August 29, 2025 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.  Pursuant to the filing procedures established by the Clerk of Court, such filing constitutes service of the document.

/s/ David Craven  
David Craven

August 29, 2025