**UNITED STATES COURT OF INTERNATIONAL TRADE**    FORM 11

| | |
|---|---|
| Jiangsu Nova Intelligent Logistics Equipment Co., Ltd. et al.,<br>        **Plaintiff,**<br><br>  v.<br>United States,<br>        **Defendant.** | Court No.: 25-00175 |

### NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, the undersigned appears as attorney for defendant-intervenor, Coalition for Fair Rack Imports, in this action

☐ and for the parties indicated in the actions listed on the attached schedule

and requests that all papers be served on him/her.

☒ The individual attorney in the undersigned firm, corporate law department, or the Government, who is responsible for the litigation, is Roger B. Schagrin.

Date: Sept. 11, 2025

/s/ Roger B. Schagrin
Attorney

Schagrin Associates
Firm

900 7th St., NW, Ste. 500
Street Address

Washington, D.C. 20001
City, State and Zip Code

202-223-1700
Telephone Number

rschagrin@schagrinassociates.com
E-mail Address

FORM 11-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**　　　　FORM 11

| | |
|---|---|
| Jiangsu Nova Intelligent Logistics Equipment Co., Ltd. et al.,<br>　　　　　　　Plaintiff,<br><br>　v.<br>United States,<br>　　　　　　　Defendant. | Court No.:　　25-00175 |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, the undersigned appears as attorney for defendant-intervenor, Coalition for Fair Rack Imports, in this action

☐ and for the parties indicated in the actions listed on the attached schedule

and requests that all papers be served on him/her.

☒ The individual attorney in the undersigned firm, corporate law department, or the Government, who is responsible for the litigation, is Roger B. Schagrin.

Date: Sept. 11, 2025

/s/ Christopher T. Cloutier
Attorney

Schagrin Associates
Firm

900 7th St., NW, Ste. 500
Street Address

Washington, D.C. 20001
City, State and Zip Code

202-223-1700
Telephone Number

ccloutier@schagrinassociates.com
E-mail Address

FORM 11-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**     FORM 11

| | |
|---|---|
| Jiangsu Nova Intelligent Logistics Equipment Co., Ltd. et al.,<br>                              Plaintiff,<br>       v.<br>United States,<br>                              Defendant. | Court No.:       25-00175 |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, the undersigned appears as attorney for defendant-intervenor, Coalition for Fair Rack Imports, in this action

☐ and for the parties indicated in the actions listed on the attached schedule

and requests that all papers be served on him/her.

☒ The individual attorney in the undersigned firm, corporate law department, or the Government, who is responsible for the litigation, is Roger B. Schagrin.

Date: Sept. 11, 2025

/s/ Elizabeth J. Drake
Attorney

Schagrin Associates
Firm

900 7th St., NW, Ste. 500
Street Address

Washington, D.C. 20001
City, State and Zip Code

202-223-1700
Telephone Number

edrake@schagrinassociates.com
E-mail Address

**UNITED STATES COURT OF INTERNATIONAL TRADE**    FORM 11

| | |
|---|---|
| Jiangsu Nova Intelligent Logistics Equipment Co., Ltd. et al.,<br>　　　　　　　　　　Plaintiff,<br>　v.<br>United States,<br>　　　　　　　　　　Defendant. | Court No.:　　25-00175 |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, the undersigned appears as attorney for defendant-intervenor, Coalition for Fair Rack Imports, in this action

☐ and for the parties indicated in the actions listed on the attached schedule

and requests that all papers be served on him/her.

☒ The individual attorney in the undersigned firm, corporate law department, or the Government, who is responsible for the litigation, is Roger B. Schagrin.

Date: Sept. 11, 2025

/s/ Luke A. Meisner
Attorney

Schagrin Associates
Firm

900 7th St., NW, Ste. 500
Street Address

Washington, D.C. 20001
City, State and Zip Code

202-223-1700
Telephone Number

lmeisner@schagrinassociates.com
E-mail Address

**UNITED STATES COURT OF INTERNATIONAL TRADE**  FORM 11

| | |
|---|---|
| Jiangsu Nova Intelligent Logistics Equipment Co., Ltd. et al.,<br>　　　　　　　　　Plaintiff,<br>　v.<br>United States,<br>　　　　　　　　　Defendant. | Court No.:　　25-00175 |

### NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, the undersigned appears as attorney for defendant-intervenor, Coalition for Fair Rack Imports , in this action

☐ and for the parties indicated in the actions listed on the attached schedule

and requests that all papers be served on him/her.

☒ The individual attorney in the undersigned firm, corporate law department, or the Government, who is responsible for the litigation, is Roger B. Schagrin .

Date: Sept. 11, 2025

/s/ Jeffrey D. Gerrish
Attorney

Schagrin Associates
Firm

900 7th St., NW, Ste. 500
Street Address

Washington, D.C. 20001
City, State and Zip Code

202-223-1700
Telephone Number

jgerrish@schagrinassociates.com
E-mail Address

FORM 11-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**   FORM 11

| | |
|---|---|
| Jiangsu Nova Intelligent Logistics Equipment Co., Ltd. et al.,<br>　　　　　　　　　Plaintiff,<br>　v.<br>United States,<br>　　　　　　　　　Defendant. | Court No.:   25-00175 |

### NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, the undersigned appears as attorney for defendant-intervenor, Coalition for Fair Rack Imports, in this action

☐ and for the parties indicated in the actions listed on the attached schedule

and requests that all papers be served on him/her.

☒ The individual attorney in the undersigned firm, corporate law department, or the Government, who is responsible for the litigation, is Roger B. Schagrin.

Date: Sept. 11, 2025

/s/ William A. Fennell
_____
Attorney

Schagrin Associates
_____
Firm

900 7th St., NW, Ste. 500
_____
Street Address

Washington, D.C. 20001
_____
City, State and Zip Code

202-223-1700
_____
Telephone Number

wfennell@schagrinassociates.com
_____
E-mail Address

FORM 11-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**            FORM 11

| | |
|---|---|
| Jiangsu Nova Intelligent Logistics Equipment Co., Ltd. et al.,<br>　　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br>United States,<br>　　　　　　　　　　　　　Defendant. | Court No.:　　25-00175 |

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, the undersigned appears as attorney for defendant-intervenor, Coalition for Fair Rack Imports, in this action

☐ and for the parties indicated in the actions listed on the attached schedule

and requests that all papers be served on him/her.

☒ The individual attorney in the undersigned firm, corporate law department, or the Government, who is responsible for the litigation, is Roger B. Schagrin.

Date: Sept. 11, 2025

/s/ Nicholas J. Birch
_____
Attorney

Schagrin Associates
_____
Firm

900 7th St., NW, Ste. 500
_____
Street Address

Washington, D.C. 20001
_____
City, State and Zip Code

202-223-1700
_____
Telephone Number

nbirch@schagrinassociates.com
_____
E-mail Address

FORM 11-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**   FORM 11

| | |
|---|---|
| Jiangsu Nova Intelligent Logistics Equipment Co., Ltd. et al.,<br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br>United States,<br>　　　　　　　　　　Defendant. | Court No.:　　25-00175 |

### NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, the undersigned appears as attorney for defendant-intervenor, Coalition for Fair Rack Imports_____, in this action

☐ and for the parties indicated in the actions listed on the attached schedule

and requests that all papers be served on him/her.

☒ The individual attorney in the undersigned firm, corporate law department, or the Government, who is responsible for the litigation, is Roger B. Schagrin_____.

Date: Sept. 11, 2025_____

/s/ Saad Y. Chalchal*
_____
Attorney

Schagrin Associates
_____
Firm

900 7th St., NW, Ste. 500
_____
Street Address

Washington, D.C. 20001
_____
City, State and Zip Code

202-223-1700
_____
Telephone Number

schalchal@schagrinassociates.com
_____
E-mail Address

\* Only admitted in New York and New Jersey. Practice limited to matters before federal courts and agencies.

FORM 11-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**   FORM 11

| | |
|---|---|
| Jiangsu Nova Intelligent Logistics Equipment Co., Ltd. et al., **Plaintiff,** v. United States, **Defendant.** | Court No.: 25-00175 |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, the undersigned appears as attorney for defendant-intervenor, Coalition for Fair Rack Imports, in this action

☐ and for the parties indicated in the actions listed on the attached schedule

and requests that all papers be served on him/her.

☒ The individual attorney in the undersigned firm, corporate law department, or the Government, who is responsible for the litigation, is Roger B. Schagrin.

Date: Sept. 11, 2025

/s/ Maliha Khan
Attorney

Schagrin Associates
Firm

900 7th St., NW, Ste. 500
Street Address

Washington, D.C. 20001
City, State and Zip Code

202-223-1700
Telephone Number

mkhan@schagrinassociates.com
E-mail Address

FORM 11-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**   FORM 11

| | |
|---|---|
| Jiangsu Nova Intelligent Logistics Equipment Co., Ltd. et al., <br> Plaintiff, <br> v. <br> United States, <br> Defendant. | Court No.: 25-00175 |

### NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, the undersigned appears as attorney for defendant-intervenor, Coalition for Fair Rack Imports _____, in this action

☐ and for the parties indicated in the actions listed on the attached schedule

and requests that all papers be served on him/her.

☒ The individual attorney in the undersigned firm, corporate law department, or the Government, who is responsible for the litigation, is Roger B. Schagrin _____.

Date: Sept. 11, 2025

/s/ Justin M. Neuman*
Attorney

Schagrin Associates
Firm

900 7th St., NW, Ste. 500
Street Address

Washington, D.C. 20001
City, State and Zip Code

202-223-1700
Telephone Number

jneuman@schagrinassociates.com
E-mail Address

* Admitted only in Ohio. Practice limited to matters before federal courts and agencies.

FORM 11-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**   FORM 11

| | |
|---|---|
| Jiangsu Nova Intelligent Logistics Equipment Co., Ltd. et al., <br> Plaintiff, <br> v. <br> United States, <br> Defendant. | Court No.:   25-00175 |

### NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, the undersigned appears as attorney for defendant-intervenor, Coalition for Fair Rack Imports, in this action

☐ and for the parties indicated in the actions listed on the attached schedule

and requests that all papers be served on him/her.

☒ The individual attorney in the undersigned firm, corporate law department, or the Government, who is responsible for the litigation, is Roger B. Schagrin.

Date: Sept. 11, 2025

/s/ Alessandra A. Palazzolo
Attorney

**Schagrin Associates**
Firm

900 7th St., NW, Ste. 500
Street Address

Washington, D.C. 20001
City, State and Zip Code

202-223-1700
Telephone Number

apalazzolo@schagrinassociates.com
E-mail Address

FORM 11-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**   FORM 11

| | |
|---|---|
| Jiangsu Nova Intelligent Logistics Equipment Co., Ltd. et al., <br> Plaintiff, <br><br> v. <br> United States, <br> Defendant. | Court No.:   25-00175 |

### NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, the undersigned appears as attorney for defendant-intervenor, Coalition for Fair Rack Imports, in this action

☐ and for the parties indicated in the actions listed on the attached schedule

and requests that all papers be served on him/her.

☒ The individual attorney in the undersigned firm, corporate law department, or the Government, who is responsible for the litigation, is Roger B. Schagrin.

Date: Sept. 11, 2025

/s/ Nicholas C. Phillips*
Attorney

Schagrin Associates
Firm

900 7th St., NW, Ste. 500
Street Address

Washington, D.C. 20001
City, State and Zip Code

202-223-1700
Telephone Number

nphillips@schagrinassociates.com
E-mail Address

\* Admitted only in New York. Practice limited to matters before federal courts and agencies.