Form 17-1

**Form 17**

### UNITED STATES COURT OF INTERNATIONAL TRADE

Jiangsu Nova Intelligent Logistics Equipment Co., Ltd. et al.,

Plaintiff,

v.                                              Court No.    25-00175

United States,

Defendant.

### BUSINESS PROPRIETARY INFORMATION CERTIFICATION

Roger B. Schagrin _____ certifies that

1.    I am

☑    an attorney at the law firm of Schagrin Associates _____; or an attorney in the corporate legal department of _____, and I have read and am familiar with the Rules of the United States Court of International Trade.

☐    a consultant employed by _____.

2.    I represent, or am retained by or on behalf of

☐    a party to this action,

☑    an interested party that has filed a motion to intervene in this action, which is identified below:
Coalition for Fair Rack Imports _____.

3.    I was

☑    granted access to business proprietary information subject to an administrative protective order in the administrative proceeding which gives rise to this action.

☐    not subject to an administrative protective order in the administrative proceeding which gives rise to this action. All parties to this action and interested parties who are entitled to service of this Certification pursuant to Rules 5 and 73.2(c)(5) of the United States Court of International Trade are listed below:

Form 17-2

| Party | Attorney | Date of Contact |
|-------|----------|-----------------|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

Each of these parties or interested parties has been contacted; none has objected to my access to proprietary information in this action subject to Administrative Order No. 02-01 of the United States Court of International Trade.

4.    I am

☑    (for attorneys) not involved in competitive decision making for the interested party I represent.

☐    (for consultants) independent of all parties in this action.

5.    I have read and agree to be bound by the terms of Administrative Order No. 02-01 of the United States Court of International Trade.

/s/ Roger B. Schagrin
_____
[Attorney or consultant]

Schagrin Associates
_____

900 7th St., NW, Ste. 500, Washington, DC 20001
_____

202-223-1700
_____
[Address and Telephone Number]

Date: Sept. 11, 2025

Form 17-1

**Form 17**

## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| Jiangsu Nova Intelligent Logistics Equipment Co., Ltd. et al., <br><br> Plaintiff, <br><br> v. <br><br> United States, <br><br> Defendant. | Court No.    25-00175 |

### BUSINESS PROPRIETARY INFORMATION CERTIFICATION

Alessandra A. Palazzolo                                    certifies that

1.  I am

    ☑  an attorney at the law firm of Schagrin Associates                    ; or an attorney in the corporate legal department of _____, and I have read and am familiar with the Rules of the United States Court of International Trade.

    ☐  a consultant employed by _____.

2.  I represent, or am retained by or on behalf of

    ☐  a party to this action,

    ☑  an interested party that has filed a motion to intervene in this action, which is identified below:
    Coalition for Fair Rack Imports                                                        .

3.  I was

    ☑  granted access to business proprietary information subject to an administrative protective order in the administrative proceeding which gives rise to this action.

    ☐  not subject to an administrative protective order in the administrative proceeding which gives rise to this action. All parties to this action and interested parties who are entitled to service of this Certification pursuant to Rules 5 and 73.2(c)(5) of the United States Court of International Trade are listed below:

Form 17-2

| Party | Attorney | Date of Contact |
|-------|----------|-----------------|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

Each of these parties or interested parties has been contacted; none has objected to my access to proprietary information in this action subject to Administrative Order No. 02-01 of the United States Court of International Trade.

4.    I am

☑    (for attorneys) not involved in competitive decision making for the interested party I represent.

☐    (for consultants) independent of all parties in this action.

5.    I have read and agree to be bound by the terms of Administrative Order No. 02-01 of the United States Court of International Trade.

/s/ Alessandra A. Palazzolo
[Attorney or consultant]

Schagrin Associates

900 7th St., NW, Ste. 500, Washington, DC 20001

202-223-1700
[Address and Telephone Number]

Date: Sept. 11, 2025

Form 17-1

**Form 17**

## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| Jiangsu Nova Intelligent Logistics Equipment Co., Ltd. et al., <br><br>                          Plaintiff, <br><br>              v. <br><br>United States, <br><br>                    Defendant. | Court No.   25-00175 |

### BUSINESS PROPRIETARY INFORMATION CERTIFICATION

Elizabeth J. Drake _____ certifies that

1.    I am

       ☑    an attorney at the law firm of Schagrin Associates _____; or an attorney in the corporate legal department of _____, and I have read and am familiar with the Rules of the United States Court of International Trade.

       ☐    a consultant employed by _____.

2.    I represent, or am retained by or on behalf of

       ☐    a party to this action,

       ☑    an interested party that has filed a motion to intervene in this action, which is identified below:
            Coalition for Fair Rack Imports _____.

3.    I was

       ☑    granted access to business proprietary information subject to an administrative protective order in the administrative proceeding which gives rise to this action.

       ☐    not subject to an administrative protective order in the administrative proceeding which gives rise to this action.  All parties to this action and interested parties who are entitled to service of this Certification pursuant to Rules 5 and 73.2(c)(5) of the United States Court of International Trade are listed below:

Form 17-2

| Party | Attorney | Date of Contact |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

Each of these parties or interested parties has been contacted; none has objected to my access to proprietary information in this action subject to Administrative Order No. 02-01 of the United States Court of International Trade.

4.    I am

☑    (for attorneys) not involved in competitive decision making for the interested party I represent.

☐    (for consultants) independent of all parties in this action.

5.    I have read and agree to be bound by the terms of Administrative Order No. 02-01 of the United States Court of International Trade.

/s/ Elizabeth J. Drake

[Attorney or consultant]

Schagrin Associates

900 7th St., NW, Ste. 500, Washington, DC 20001

202-223-1700

[Address and Telephone Number]

Date: Sept. 11, 2025

Form 17-1

**Form 17**

## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| Jiangsu Nova Intelligent Logistics Equipment Co., Ltd. et al.,<br><br>                          Plaintiff,<br><br>                    v.<br><br>United States,<br><br>                          Defendant. | Court No.    25-00175 |

## BUSINESS PROPRIETARY INFORMATION CERTIFICATION

Luke A. Meisner _____ certifies that

1.    I am

☑    an attorney at the law firm of Schagrin Associates _____; or an attorney in the corporate legal department of _____, and I have read and am familiar with the Rules of the United States Court of International Trade.

☐    a consultant employed by _____.

2.    I represent, or am retained by or on behalf of

☐    a party to this action,

☑    an interested party that has filed a motion to intervene in this action, which is identified below:
Coalition for Fair Rack Imports _____.

3.    I was

☑    granted access to business proprietary information subject to an administrative protective order in the administrative proceeding which gives rise to this action.

☐    not subject to an administrative protective order in the administrative proceeding which gives rise to this action.  All parties to this action and interested parties who are entitled to service of this Certification pursuant to Rules 5 and 73.2(c)(5) of the United States Court of International Trade are listed below:

Form 17-2

| Party | Attorney | Date of Contact |
|-------|----------|-----------------|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

Each of these parties or interested parties has been contacted; none has objected to my access to proprietary information in this action subject to Administrative Order No. 02-01 of the United States Court of International Trade.

4.  I am

☑  (for attorneys) not involved in competitive decision making for the interested party I represent.

☐  (for consultants) independent of all parties in this action.

5.  I have read and agree to be bound by the terms of Administrative Order No. 02-01 of the United States Court of International Trade.

/s/ Luke A. Meisner
_____
[Attorney or consultant]

Schagrin Associates
_____

900 7th St., NW, Ste. 500, Washington, DC 20001
_____

202-223-1700
_____
[Address and Telephone Number]

Date: Sept. 11, 2025
_____

Form 17-1

**Form 17**

### UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| Jiangsu Nova Intelligent Logistics Equipment Co., Ltd. et al.,<br><br>                              Plaintiff,<br><br>                    v.<br><br>United States,<br><br>                              Defendant. | Court No.    25-00175 |

### BUSINESS PROPRIETARY INFORMATION CERTIFICATION

Jeffrey D. Gerrish _____ certifies that

1.    I am

☑    an attorney at the law firm of Schagrin Associates _____; or an attorney in the corporate legal department of _____, and I have read and am familiar with the Rules of the United States Court of International Trade.

☐    a consultant employed by _____.

2.    I represent, or am retained by or on behalf of

☐    a party to this action,

☑    an interested party that has filed a motion to intervene in this action, which is identified below:
Coalition for Fair Rack Imports _____.

3.    I was

☑    granted access to business proprietary information subject to an administrative protective order in the administrative proceeding which gives rise to this action.

☐    not subject to an administrative protective order in the administrative proceeding which gives rise to this action.  All parties to this action and interested parties who are entitled to service of this Certification pursuant to Rules 5 and 73.2(c)(5) of the United States Court of International Trade are listed below:

Form 17-2

| Party | Attorney | Date of Contact |
|-------|----------|-----------------|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

Each of these parties or interested parties has been contacted; none has objected to my access to proprietary information in this action subject to Administrative Order No. 02-01 of the United States Court of International Trade.

4.    I am

☑    (for attorneys) not involved in competitive decision making for the interested party I represent.

☐    (for consultants) independent of all parties in this action.

5.    I have read and agree to be bound by the terms of Administrative Order No. 02-01 of the United States Court of International Trade.

/s/ Jeffrey D. Gerrish
_____
[Attorney or consultant]

Schagrin Associates
_____

900 7th St., NW, Ste. 500, Washington, DC 20001
_____

202-223-1700
_____
[Address and Telephone Number]

Date:   Sept. 11, 2025

Form 17-1

**Form 17**

### UNITED STATES COURT OF INTERNATIONAL TRADE

Jiangsu Nova Intelligent Logistics Equipment Co.,
Ltd. et al.,

Plaintiff,

v.                                            Court No.    25-00175

United States,

Defendant.

### BUSINESS PROPRIETARY INFORMATION CERTIFICATION

William A. Fennell_____  certifies that

1.    I am

   ☑  an attorney at the law firm of Schagrin Associates_____; or an attorney in
       the corporate legal department of _____, and I have
       read and am familiar with the Rules of the United States Court of
       International Trade.

   ☐  a consultant employed by _____.

2.    I represent, or am retained by or on behalf of

   ☐  a party to this action,

   ☑  an interested party that has filed a motion to intervene in this action, which is
       identified below:
       Coalition for Fair Rack Imports_____.

3.    I was

   ☑  granted access to business proprietary information subject to an
       administrative protective order in the administrative proceeding which gives
       rise to this action.

   ☐  not subject to an administrative protective order in the administrative
       proceeding which gives rise to this action.  All parties to this action and
       interested parties who are entitled to service of this Certification pursuant to
       Rules 5 and 73.2(c)(5) of the United States Court of International Trade are
       listed below:

Form 17-2

| Party | Attorney | Date of Contact |
|-------|----------|-----------------|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

Each of these parties or interested parties has been contacted; none has objected to my access to proprietary information in this action subject to Administrative Order No. 02-01 of the United States Court of International Trade.

4.    I am

   ☑    (for attorneys) not involved in competitive decision making for the interested party I represent.

   ☐    (for consultants) independent of all parties in this action.

5.    I have read and agree to be bound by the terms of Administrative Order No. 02-01 of the United States Court of International Trade.

/s/ William A. Fennell
[Attorney or consultant]

Schagrin Associates

900 7th St, NW, Ste. 500 Washington, DC 20001

202-223-1700
[Address and Telephone Number]

Date:    Sept. 11, 2025

Form 17-1

**Form 17**

### UNITED STATES COURT OF INTERNATIONAL TRADE

Jiangsu Nova Intelligent Logistics Equipment Co.,
Ltd. et al.,

Plaintiff,

v.                                                    Court No.    25-00175

United States,

Defendant.

### BUSINESS PROPRIETARY INFORMATION CERTIFICATION

Nicholas J. Birch _____ certifies that

1.    I am

☑    an attorney at the law firm of Schagrin Associates _____; or an attorney in
the corporate legal department of _____, and I have
read and am familiar with the Rules of the United States Court of
International Trade.

☐    a consultant employed by _____.

2.    I represent, or am retained by or on behalf of

☐    a party to this action,

☑    an interested party that has filed a motion to intervene in this action, which is
identified below:
Coalition for Fair Rack Imports _____.

3.    I was

☑    granted access to business proprietary information subject to an
administrative protective order in the administrative proceeding which gives
rise to this action.

☐    not subject to an administrative protective order in the administrative
proceeding which gives rise to this action.  All parties to this action and
interested parties who are entitled to service of this Certification pursuant to
Rules 5 and 73.2(c)(5) of the United States Court of International Trade are
listed below:

Form 17-2

| Party | Attorney | Date of Contact |
|-------|----------|-----------------|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

Each of these parties or interested parties has been contacted; none has objected to my access to proprietary information in this action subject to Administrative Order No. 02-01 of the United States Court of International Trade.

4.  I am

   ☑  (for attorneys) not involved in competitive decision making for the interested party I represent.

   ☐  (for consultants) independent of all parties in this action.

5.  I have read and agree to be bound by the terms of Administrative Order No. 02-01 of the United States Court of International Trade.

/s/ Nicholas J. Birch
_____
[Attorney or consultant]

Schagrin Associates
_____

900 7th St., NW, Ste. 500, Washington, DC 20001
_____

202-223-1700
_____
[Address and Telephone Number]

Date: Sept. 11, 2025

Form 17-1

**Form 17**

### UNITED STATES COURT OF INTERNATIONAL TRADE

Jiangsu Nova Intelligent Logistics Equipment Co.,
Ltd. et al.,

                               Plaintiff,

                 v.                                         Court No.     25-00175

United States,

                          Defendant.

### BUSINESS PROPRIETARY INFORMATION CERTIFICATION

Saad Y. Chalchal                                   certifies that

1.    I am

        [✓]    an attorney at the law firm of Schagrin Associates              ; or an attorney in
                 the corporate legal department of _____, and I have
                 read and am familiar with the Rules of the United States Court of
                 International Trade.

        [ ]    a consultant employed by _____.

2.    I represent, or am retained by or on behalf of

        [ ]    a party to this action,

        [✓]    an interested party that has filed a motion to intervene in this action, which is
                 identified below:
                 Coalition for Fair Rack Imports                                        .

3.    I was

        [✓]    granted access to business proprietary information subject to an
                 administrative protective order in the administrative proceeding which gives
                 rise to this action.

        [ ]    not subject to an administrative protective order in the administrative
                 proceeding which gives rise to this action.  All parties to this action and
                 interested parties who are entitled to service of this Certification pursuant to
                 Rules 5 and 73.2(c)(5) of the United States Court of International Trade are
                 listed below:

Form 17-2

| Party | Attorney | Date of Contact |
|-------|----------|-----------------|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

Each of these parties or interested parties has been contacted; none has objected to my access to proprietary information in this action subject to Administrative Order No. 02-01 of the United States Court of International Trade.

4.  I am

☑   (for attorneys) not involved in competitive decision making for the interested party I represent.

☐   (for consultants) independent of all parties in this action.

5.  I have read and agree to be bound by the terms of Administrative Order No. 02-01 of the United States Court of International Trade.

/s/ Saad Y. Chalchal *
_____
[Attorney or consultant]

Schagrin Associates
_____

900 7th St., NW, Ste. 500, Washington, DC 20001
_____

202-223-1700
_____
[Address and Telephone Number]

* Only admitted in New York and New Jersey.
  Practice limited to matters before federal
  courts and agencies.

Date: Sept. 11, 2025
      _____

Form 17-1

**Form 17**

### UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| Jiangsu Nova Intelligent Logistics Equipment Co., Ltd. et al., | |
| Plaintiff, | |
| v. | Court No.    25-00175 |
| United States, | |
| Defendant. | |

### BUSINESS PROPRIETARY INFORMATION CERTIFICATION

Maliha Khan _____ certifies that

1.    I am

☑    an attorney at the law firm of Schagrin Associates _____; or an attorney in the corporate legal department of _____, and I have read and am familiar with the Rules of the United States Court of International Trade.

☐    a consultant employed by _____.

2.    I represent, or am retained by or on behalf of

☐    a party to this action,

☑    an interested party that has filed a motion to intervene in this action, which is identified below:
Coalition for Fair Rack Imports _____.

3.    I was

☑    granted access to business proprietary information subject to an administrative protective order in the administrative proceeding which gives rise to this action.

☐    not subject to an administrative protective order in the administrative proceeding which gives rise to this action. All parties to this action and interested parties who are entitled to service of this Certification pursuant to Rules 5 and 73.2(c)(5) of the United States Court of International Trade are listed below:

Form 17-2

| Party | Attorney | Date of Contact |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

Each of these parties or interested parties has been contacted; none has objected to my access to proprietary information in this action subject to Administrative Order No. 02-01 of the United States Court of International Trade.

4.    I am

☑    (for attorneys) not involved in competitive decision making for the interested party I represent.

☐    (for consultants) independent of all parties in this action.

5.    I have read and agree to be bound by the terms of Administrative Order No. 02-01 of the United States Court of International Trade.

/s/ Maliha Khan
_____
[Attorney or consultant]

Schagrin Associates
_____

900 7th St., NW, Ste. 500, Washington, DC 20001
_____

202-223-1700
_____
[Address and Telephone Number]

Date: Sept. 11, 2025
_____

Form 17-1

**Form 17**

### UNITED STATES COURT OF INTERNATIONAL TRADE

Jiangsu Nova Intelligent Logistics Equipment Co., Ltd. et al.,

<p style="text-align:center">Plaintiff,</p>

<p style="text-align:center">v.</p>

United States,

<p style="text-align:center">Defendant.</p>

Court No.     25-00175

### BUSINESS PROPRIETARY INFORMATION CERTIFICATION

Justin M. Neuman _____ certifies that

1.   I am

☑   an attorney at the law firm of Schagrin Associates _____; or an attorney in the corporate legal department of _____, and I have read and am familiar with the Rules of the United States Court of International Trade.

☐   a consultant employed by _____.

2.   I represent, or am retained by or on behalf of

☐   a party to this action,

☑   an interested party that has filed a motion to intervene in this action, which is identified below: Coalition for Fair Rack Imports _____.

3.   I was

☑   granted access to business proprietary information subject to an administrative protective order in the administrative proceeding which gives rise to this action.

☐   not subject to an administrative protective order in the administrative proceeding which gives rise to this action. All parties to this action and interested parties who are entitled to service of this Certification pursuant to Rules 5 and 73.2(c)(5) of the United States Court of International Trade are listed below:

Form 17-2

| Party | Attorney | Date of Contact |
|-------|----------|-----------------|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

Each of these parties or interested parties has been contacted; none has objected to my access to proprietary information in this action subject to Administrative Order No. 02-01 of the United States Court of International Trade.

4.    I am

☑    (for attorneys) not involved in competitive decision making for the interested party I represent.

☐    (for consultants) independent of all parties in this action.

5.    I have read and agree to be bound by the terms of Administrative Order No. 02-01 of the United States Court of International Trade.

/s/ Justin M. Neuman *
_____
[Attorney or consultant]

Schagrin Associates
_____

900 7th St., NW, Ste. 500, Washington, DC 20001
_____

202-223-1700
_____
[Address and Telephone Number]

* Admitted only in Ohio. Practice limited to
matters before federal courts and agencies.

Date: Sept. 11, 2025
     _____

Form 17-1

**Form 17**

## UNITED STATES COURT OF INTERNATIONAL TRADE

Jiangsu Nova Intelligent Logistics Equipment Co., Ltd. et al.,

Plaintiff,

v.

United States,

Defendant.

Court No.    25-00175

## BUSINESS PROPRIETARY INFORMATION CERTIFICATION

Alessandra A. Palazzolo _____ certifies that

1.    I am

☑    an attorney at the law firm of Schagrin Associates _____; or an attorney in the corporate legal department of _____, and I have read and am familiar with the Rules of the United States Court of International Trade.

☐    a consultant employed by _____.

2.    I represent, or am retained by or on behalf of

☐    a party to this action,

☑    an interested party that has filed a motion to intervene in this action, which is identified below:
Coalition for Fair Rack Imports _____.

3.    I was

☑    granted access to business proprietary information subject to an administrative protective order in the administrative proceeding which gives rise to this action.

☐    not subject to an administrative protective order in the administrative proceeding which gives rise to this action. All parties to this action and interested parties who are entitled to service of this Certification pursuant to Rules 5 and 73.2(c)(5) of the United States Court of International Trade are listed below:

Form 17-2

| Party | Attorney | Date of Contact |
|-------|----------|-----------------|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

Each of these parties or interested parties has been contacted; none has objected to my access to proprietary information in this action subject to Administrative Order No. 02-01 of the United States Court of International Trade.

4.  I am

    ☑  (for attorneys) not involved in competitive decision making for the interested party I represent.

    ☐  (for consultants) independent of all parties in this action.

5.  I have read and agree to be bound by the terms of Administrative Order No. 02-01 of the United States Court of International Trade.

/s/ Alessandra A. Palazzolo
[Attorney or consultant]

Schagrin Associates

900 7th St., NW, Ste. 500, Washington, DC 20001

202-223-1700
[Address and Telephone Number]

Date: Sept. 11, 2025

Form 17-1

**Form 17**

## UNITED STATES COURT OF INTERNATIONAL TRADE

Jiangsu Nova Intelligent Logistics Equipment Co., Ltd. et al.,

                              Plaintiff,

                v.                                    Court No.    25-00175

United States,

                              Defendant.

### BUSINESS PROPRIETARY INFORMATION CERTIFICATION

Nicholas C. Phillips _____ certifies that

1.    I am

☑    an attorney at the law firm of Schagrin Associates _____; or an attorney in the corporate legal department of _____, and I have read and am familiar with the Rules of the United States Court of International Trade.

☐    a consultant employed by _____.

2.    I represent, or am retained by or on behalf of

☐    a party to this action,

☑    an interested party that has filed a motion to intervene in this action, which is identified below:
      Coalition for Fair Rack Imports _____.

3.    I was

☑    granted access to business proprietary information subject to an administrative protective order in the administrative proceeding which gives rise to this action.

☐    not subject to an administrative protective order in the administrative proceeding which gives rise to this action.  All parties to this action and interested parties who are entitled to service of this Certification pursuant to Rules 5 and 73.2(c)(5) of the United States Court of International Trade are listed below:

Form 17-2

| Party | Attorney | Date of Contact |
|-------|----------|-----------------|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

Each of these parties or interested parties has been contacted; none has objected to my access to proprietary information in this action subject to Administrative Order No. 02-01 of the United States Court of International Trade.

4.    I am

☑    (for attorneys) not involved in competitive decision making for the interested party I represent.

☐    (for consultants) independent of all parties in this action.

5.    I have read and agree to be bound by the terms of Administrative Order No. 02-01 of the United States Court of International Trade.

/s/ Nicholas C. Phillips\*
[Attorney or consultant]

Schagrin Associates

900 7th St., NW, Ste. 500, Washington, DC 20001

202-223-1700
[Address and Telephone Number]

\* Admitted only in New York. Practice limited to matters before federal courts and agencies.

Date:  Sept. 11, 2025

Form 17-1

**Form 17**

## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| Jiangsu Nova Intelligent Logistics Equipment Co., Ltd. et al., <div align="right">Plaintiff,</div><div align="center">v.</div>United States, <div align="right">Defendant.</div> | Court No.   25-00175 |

### BUSINESS PROPRIETARY INFORMATION CERTIFICATION

David Albright _____ certifies that

1.    I am

☐    an attorney at the law firm of _____; or an attorney in the corporate legal department of _____, and I have read and am familiar with the Rules of the United States Court of International Trade.

☑    a consultant employed by Schagrin Associates _____.

2.    I represent, or am retained by or on behalf of

☐    a party to this action,

☑    an interested party that has filed a motion to intervene in this action, which is identified below:
Coalition for Fair Rack Imports _____.

3.    I was

☑    granted access to business proprietary information subject to an administrative protective order in the administrative proceeding which gives rise to this action.

☐    not subject to an administrative protective order in the administrative proceeding which gives rise to this action.  All parties to this action and interested parties who are entitled to service of this Certification pursuant to Rules 5 and 73.2(c)(5) of the United States Court of International Trade are listed below:

Form 17-2

| Party | Attorney | Date of Contact |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

Each of these parties or interested parties has been contacted; none has objected to my access to proprietary information in this action subject to Administrative Order No. 02-01 of the United States Court of International Trade.

4.   I am

☐   (for attorneys) not involved in competitive decision making for the interested party I represent.

☑   (for consultants) independent of all parties in this action.

5.   I have read and agree to be bound by the terms of Administrative Order No. 02-01 of the United States Court of International Trade.

/s/ David Albright
_____
[Attorney or consultant]

Schagrin Associates
_____

900 7th St., NW, Ste. 500, Washington, DC 20001
_____

202-223-1700
_____
[Address and Telephone Number]

Date: Sept. 11, 2025

Form 17-3

## ADDITIONAL CERTIFICATIONS FOR ACCESS TO BUSINESS PROPRIETARY INFORMATION BY NON-ATTORNEY CONSULTANTS

1.      Certification by the consultant:

In this action, my access to business proprietary information will be under the direction and control of <u>Roger B. Schagrin</u>, an attorney at the law firm of <u>Schagrin Associates</u>, who has provided the following certification.

<u>/s/ David Albright</u>
[Consultant]
Schagrin Associates
<u>900 7th St., NW Ste. 500, Washington, DC 20001</u>
<u>202-223-1700</u>
[Address and Telephone Number]

Date: <u>Sept. 11, 2025</u>

(2)      Certification by the attorney who is responsible for the direction and control of the consultant's access to business proprietary information:

I am an attorney at the law firm of <u>Schagrin Associates</u> and am admitted to practice before the United States Court of International Trade.  I have met the criteria for access to business proprietary information under Rule 73.2(c) of the Rules of the United States Court of International Trade.  I will exercise direction and control over the access to business proprietary information by the consultant who submits this Certification, and agree to assume responsibility for the consultant's compliance with the terms of Rule 73.2(c) and Administrative Order No. 02-01 of the United States Court of International Trade.

<u>/s/ Roger B. Schagrin</u>
[Attorney]
Schagrin Associates

<u>900 7th St., NW, Ste 500, Washington, DC 20001</u>

<u>202-223-1700</u>
[Address and Telephone Number]

Date: <u>Sept. 11, 2025</u>

(Added Jan. 25, 2000, eff. May 1, 2000; and amended Sept. 30, 2003, eff. Jan. 1, 2004; Feb. 6, 2013, eff.  Mar. 1, 2013.)

Form 17-1

**Form 17**

### UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| Jiangsu Nova Intelligent Logistics Equipment Co., Ltd. et al.,<br><br>                              Plaintiff,<br><br>                    v.<br><br>United States,<br><br>                              Defendant. | Court No.    25-00175 |

### BUSINESS PROPRIETARY INFORMATION CERTIFICATION

Michael Panfeld _____ certifies that

1.     I am

☐     an attorney at the law firm of _____; or an attorney in the corporate legal department of _____, and I have read and am familiar with the Rules of the United States Court of International Trade.

☑     a consultant employed by Schagrin Associates _____.

2.     I represent, or am retained by or on behalf of

☐     a party to this action,

☑     an interested party that has filed a motion to intervene in this action, which is identified below:
Coalition for Fair Rack Imports _____.

3.     I was

☑     granted access to business proprietary information subject to an administrative protective order in the administrative proceeding which gives rise to this action.

☐     not subject to an administrative protective order in the administrative proceeding which gives rise to this action.  All parties to this action and interested parties who are entitled to service of this Certification pursuant to Rules 5 and 73.2(c)(5) of the United States Court of International Trade are listed below:

Form 17-2

| Party | Attorney | Date of Contact |
|-------|----------|-----------------|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

Each of these parties or interested parties has been contacted; none has objected to my access to proprietary information in this action subject to Administrative Order No. 02-01 of the United States Court of International Trade.

4. I am

☐ (for attorneys) not involved in competitive decision making for the interested party I represent.

☑ (for consultants) independent of all parties in this action.

5. I have read and agree to be bound by the terms of Administrative Order No. 02-01 of the United States Court of International Trade.

/s/ Michael Panfeld
[Attorney or consultant]

Schagrin Associates

900 7th St., NW, Ste. 500, Washington, DC 20001

202-223-1700
[Address and Telephone Number]

Date: Sept. 11, 2025

Form 17-3

## ADDITIONAL CERTIFICATIONS FOR ACCESS TO BUSINESS PROPRIETARY INFORMATION BY NON-ATTORNEY CONSULTANTS

1.    Certification by the consultant:

In this action, my access to business proprietary information will be under the direction and control of  Roger B. Schagrin , an attorney at the law firm of  Schagrin Associates , who has provided the following certification.

/s/ Michael Panfeld

[Consultant]
Schagrin Associates

900 7th St., NW Ste. 500, Washington, DC 20001

202-223-1700

[Address and Telephone Number]

Date: Sept. 11, 2025

(2)    Certification by the attorney who is responsible for the direction and control of the consultant's access to business proprietary information:

I am an attorney at the law firm of Schagrin Associates  and am admitted to practice before the United States Court of International Trade.  I have met the criteria for access to business proprietary information under Rule 73.2(c) of the Rules of the United States Court of International Trade.  I will exercise direction and control over the access to business proprietary information by the consultant who submits this Certification, and agree to assume responsibility for the consultant's compliance with the terms of Rule 73.2(c) and Administrative Order No. 02-01 of the United States Court of International Trade.

/s/ Roger B. Schagrin

[Attorney]
Schagrin Associates

900 7th St., NW, Ste 500, Washington, DC 20001

202-223-1700

[Address and Telephone Number]

Date: Sept. 11, 2025

(Added Jan. 25, 2000, eff. May 1, 2000; and amended Sept. 30, 2003, eff. Jan. 1, 2004; Feb. 6, 2013, eff.  Mar. 1, 2013.)

Form 17-1

**Form 17**

### UNITED STATES COURT OF INTERNATIONAL TRADE

Jiangsu Nova Intelligent Logistics Equipment Co.,
Ltd. et al.,

                              Plaintiff,

              v.                                      Court No.    25-00175

United States,

                              Defendant.

### BUSINESS PROPRIETARY INFORMATION CERTIFICATION

Nicholas Czajkowski _____ certifies that

1.    I am

☐    an attorney at the law firm of _____; or an attorney in
the corporate legal department of _____, and I have
read and am familiar with the Rules of the United States Court of
International Trade.

☑    a consultant employed by Schagrin Associates _____.

2.    I represent, or am retained by or on behalf of

☐    a party to this action,

☑    an interested party that has filed a motion to intervene in this action, which is
identified below:
Coalition for Fair Rack Imports _____.

3.    I was

☑    granted access to business proprietary information subject to an
administrative protective order in the administrative proceeding which gives
rise to this action.

☐    not subject to an administrative protective order in the administrative
proceeding which gives rise to this action.  All parties to this action and
interested parties who are entitled to service of this Certification pursuant to
Rules 5 and 73.2(c)(5) of the United States Court of International Trade are
listed below:

Form 17-2

| Party | Attorney | Date of Contact |
|-------|----------|-----------------|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

Each of these parties or interested parties has been contacted; none has objected to my access to proprietary information in this action subject to Administrative Order No. 02-01 of the United States Court of International Trade.

4.    I am

☐    (for attorneys) not involved in competitive decision making for the interested party I represent.

☑    (for consultants) independent of all parties in this action.

5.    I have read and agree to be bound by the terms of Administrative Order No. 02-01 of the United States Court of International Trade.

/s/ Nicholas Czajkowski
_____
[Attorney or consultant]

Schagrin Associates
_____

900 7th St., NW, Ste. 500, Washington, DC 20001
_____

202-223-1700
_____
[Address and Telephone Number]

Date: Sept. 11, 2025

Form 17-3

## ADDITIONAL CERTIFICATIONS FOR ACCESS TO BUSINESS PROPRIETARY INFORMATION BY NON-ATTORNEY CONSULTANTS

1.      Certification by the consultant:

In this action, my access to business proprietary information will be under the direction and control of Roger B. Schagrin, an attorney at the law firm of Schagrin Associates, who has provided the following certification.

/s/ Nicholas Czajkowski
_____
[Consultant]
Schagrin Associates
_____
900 7th St., NW Ste. 500, Washington, DC 20001
_____
202-223-1700
_____
[Address and Telephone Number]

Date: Sept. 11, 2025

(2)      Certification by the attorney who is responsible for the direction and control of the consultant's access to business proprietary information:

I am an attorney at the law firm of Schagrin Associates and am admitted to practice before the United States Court of International Trade.  I have met the criteria for access to business proprietary information under Rule 73.2(c) of the Rules of the United States Court of International Trade.  I will exercise direction and control over the access to business proprietary information by the consultant who submits this Certification, and agree to assume responsibility for the consultant's compliance with the terms of Rule 73.2(c) and Administrative Order No. 02-01 of the United States Court of International Trade.

/s/ Roger B. Schagrin
_____
[Attorney]
Schagrin Associates

900 7th St., NW, Ste 500, Washington, DC 20001
_____

202-223-1700
_____
[Address and Telephone Number]

Date: Sept. 11, 2025

(Added Jan. 25, 2000, eff. May 1, 2000; and amended Sept. 30, 2003, eff. Jan. 1, 2004; Feb. 6, 2013, eff.  Mar. 1, 2013.)

Form 17-1

**Form 17**

### UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| Jiangsu Nova Intelligent Logistics Equipment Co., Ltd. et al.,<br><br>                              Plaintiff,<br><br>                  v.<br><br>United States,<br><br>                          Defendant. | Court No.    25-00175 |

### BUSINESS PROPRIETARY INFORMATION CERTIFICATION

<u>Rui Fan</u> certifies that

1.    I am

    ☐    an attorney at the law firm of _____; or an attorney in the corporate legal department of _____, and I have read and am familiar with the Rules of the United States Court of International Trade.

    ☑    a consultant employed by <u>Schagrin Associates</u>.

2.    I represent, or am retained by or on behalf of

    ☐    a party to this action,

    ☑    an interested party that has filed a motion to intervene in this action, which is identified below:<br>        <u>Coalition for Fair Rack Imports</u>.

3.    I was

    ☑    granted access to business proprietary information subject to an administrative protective order in the administrative proceeding which gives rise to this action.

    ☐    not subject to an administrative protective order in the administrative proceeding which gives rise to this action. All parties to this action and interested parties who are entitled to service of this Certification pursuant to Rules 5 and 73.2(c)(5) of the United States Court of International Trade are listed below:

Form 17-2

| Party | Attorney | Date of Contact |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

Each of these parties or interested parties has been contacted; none has objected to my access to proprietary information in this action subject to Administrative Order No. 02-01 of the United States Court of International Trade.

4.  I am

☐  (for attorneys) not involved in competitive decision making for the interested party I represent.

☑  (for consultants) independent of all parties in this action.

5.  I have read and agree to be bound by the terms of Administrative Order No. 02-01 of the United States Court of International Trade.

/s/ Rui Fan
_____
[Attorney or consultant]

Schagrin Associates
_____

900 7th St., NW, Ste. 500, Washington, DC 20001
_____

202-223-1700
_____
[Address and Telephone Number]

Date: Sept. 11, 2025

Form 17-3

## ADDITIONAL CERTIFICATIONS FOR ACCESS TO BUSINESS PROPRIETARY INFORMATION BY NON-ATTORNEY CONSULTANTS

1.      Certification by the consultant:

In this action, my access to business proprietary information will be under the direction and control of <u>Roger B. Schagrin</u>, an attorney at the law firm of <u>Schagrin Associates</u>, who has provided the following certification.

<u>/s/ Rui Fan</u>
[Consultant]
Schagrin Associates
<u>900 7th St., NW Ste. 500, Washington, DC 20001</u>
<u>202-223-1700</u>
[Address and Telephone Number]

Date: <u>Sept. 11, 2025</u>

(2)      Certification by the attorney who is responsible for the direction and control of the consultant's access to business proprietary information:

I am an attorney at the law firm of <u>Schagrin Associates</u> and am admitted to practice before the United States Court of International Trade.  I have met the criteria for access to business proprietary information under Rule 73.2(c) of the Rules of the United States Court of International Trade.  I will exercise direction and control over the access to business proprietary information by the consultant who submits this Certification, and agree to assume responsibility for the consultant's compliance with the terms of Rule 73.2(c) and Administrative Order No. 02-01 of the United States Court of International Trade.

<u>/s/ Roger B. Schagrin</u>
[Attorney]
Schagrin Associates

<u>900 7th St., NW, Ste 500, Washington, DC 20001</u>

<u>202-223-1700</u>
[Address and Telephone Number]

Date: <u>Sept. 11, 2025</u>

(Added Jan. 25, 2000, eff. May 1, 2000; and amended Sept. 30, 2003, eff. Jan. 1, 2004; Feb. 6, 2013, eff.  Mar. 1, 2013.)

Form 17-1

**Form 17**

### UNITED STATES COURT OF INTERNATIONAL TRADE

Jiangsu Nova Intelligent Logistics Equipment Co., Ltd. et al.,

Plaintiff,

v.

United States,

Defendant.

Court No.   25-00175

### BUSINESS PROPRIETARY INFORMATION CERTIFICATION

Toni M. Dach _____ certifies that

1.    I am

☐    an attorney at the law firm of _____; or an attorney in the corporate legal department of _____, and I have read and am familiar with the Rules of the United States Court of International Trade.

☑    a consultant employed by Schagrin Associates _____.

2.    I represent, or am retained by or on behalf of

☐    a party to this action,

☑    an interested party that has filed a motion to intervene in this action, which is identified below:
      Coalition for Fair Rack Imports _____.

3.    I was

☑    granted access to business proprietary information subject to an administrative protective order in the administrative proceeding which gives rise to this action.

☐    not subject to an administrative protective order in the administrative proceeding which gives rise to this action.  All parties to this action and interested parties who are entitled to service of this Certification pursuant to Rules 5 and 73.2(c)(5) of the United States Court of International Trade are listed below:

Form 17-2

| Party | Attorney | Date of Contact |
|-------|----------|-----------------|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

Each of these parties or interested parties has been contacted; none has objected to my access to proprietary information in this action subject to Administrative Order No. 02-01 of the United States Court of International Trade.

4.    I am

☐    (for attorneys) not involved in competitive decision making for the interested party I represent.

☑    (for consultants) independent of all parties in this action.

5.    I have read and agree to be bound by the terms of Administrative Order No. 02-01 of the United States Court of International Trade.

/s/ Toni M. Dach
_____
[Attorney or consultant]

Schagrin Associates
_____

900 7th St., NW, Ste. 500, Washington, DC 20001
_____

202-223-1700
_____
[Address and Telephone Number]

Date: Sept. 11, 2025

Form 17-3

## ADDITIONAL CERTIFICATIONS FOR ACCESS TO BUSINESS PROPRIETARY INFORMATION BY NON-ATTORNEY CONSULTANTS

1.      Certification by the consultant:

In this action, my access to business proprietary information will be under the direction and control of <u>Roger B. Schagrin</u>, an attorney at the law firm of <u>Schagrin Associates</u>, who has provided the following certification.

<u>/s/ Toni M. Dach</u>
[Consultant]
Schagrin Associates
<u>900 7th St., NW Ste. 500, Washington, DC 20001</u>
<u>202-223-1700</u>
[Address and Telephone Number]

Date: <u>Sept. 11, 2025</u>

(2)     Certification by the attorney who is responsible for the direction and control of the consultant's access to business proprietary information:

I am an attorney at the law firm of <u>Schagrin Associates</u> and am admitted to practice before the United States Court of International Trade.  I have met the criteria for access to business proprietary information under Rule 73.2(c) of the Rules of the United States Court of International Trade.  I will exercise direction and control over the access to business proprietary information by the consultant who submits this Certification, and agree to assume responsibility for the consultant's compliance with the terms of Rule 73.2(c) and Administrative Order No. 02-01 of the United States Court of International Trade.

<u>/s/ Roger B. Schagrin</u>
[Attorney]
Schagrin Associates

<u>900 7th St., NW, Ste 500, Washington, DC 20001</u>

<u>202-223-1700</u>
[Address and Telephone Number]

Date: <u>Sept. 11, 2025</u>

(Added Jan. 25, 2000, eff. May 1, 2000; and amended Sept. 30, 2003, eff. Jan. 1, 2004; Feb. 6, 2013, eff.  Mar. 1, 2013.)