UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE TIMOTHY C. STANCEU, JUDGE

| | |
|---|---|
| Jiangsu Nova Intelligent Logistics Equipment Co., Ltd., Nanjing Jinshidai Storage Equipment Co., Ltd., and Hebei Nova Intelligent Logistics Equipment Co., Ltd.<br><br>     Plaintiffs,<br> v.<br>United States<br>     Defendant<br> and<br>Coalition for Fair Rack Imports<br>     Defendant-Intervenor. | Court No. 25-00175 |

Proposed Order

Upon consideration of the motion for an extension of time to file the status report and proposed briefing schedule in this matter, and upon all other papers and proceeding reviewed here, it is hereby

ORDERED that the extension of time is granted; and

ORDERED that the status report and proposed briefing schedule in this matter shall be filed by December 12, 2025.

SO ORDERED

_____
Timothy C. Stanceu, Judge

Dated: _____