**<u>Certificate of Service</u>**


      As counsel for Jiangsu Nova Intelligent Logistics Equipment Co., Ltd., Nanjing Jinshidai Storage Equipment Co., Ltd., and Hebei Nova Intelligent Logistics Equipment Co., Ltd  I certify that on November 24, 2025 the attached document was filed electronically with the Court using the CM/ECF system.  Accordingly, pursuant to the provisions of Administrative Order 02-01, such documents are deemed to have been electronically served  on all parties to the proceeding.


                        /s/ David Craven
                        David Craven