UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE TIMOTHY C. STANCEU, JUDGE

| | |
|---|---|
| Jiangsu Nova Intelligent Logistics Equipment Co., Ltd., Nanjing Jinshidai Storage Equipment Co., Ltd., and Hebei Nova Intelligent Logistics Equipment Co., Ltd.<br><br>                 Plaintiffs,<br><br>   v.<br><br>United States<br><br>                 Defendant<br><br>   and<br><br>Coalition for Fair Rack Imports<br><br>                 Defendant-Intervenor. | Court No. 25-00175 |

<u>Motion for Further Extension of Time to File Joint Status Report</u>

Plaintiffs Jiangsu Nova Intelligent Logistics Equipment Co., Ltd., Nanjing Jinshidai Storage Equipment Co., Ltd., and Hebei Nova Intelligent Logistics Equipment Co., Ltd. hereby moves for an extension of 7 days to file the status report and proposed scheduling order in this matter.    The current deadline is December 12, 2025.   If granted, the new deadline would be December 19, 2025.

There is good cause to extend this deadline.    The parties have circulated a draft status report, and have reached substantial agreement, but the final draft has not yet been approved.   It should be noted that the recent departures from the

Department of Justice and the Department of Commerce of attorneys, along with the fact that the Department of Commerce attorney in this matter is on family leave, and Nova's counsel has been on business travel, has delayed the final execution of the report.

On December 11, 2025 counsel for plaintiff sought the consent of Isabelle Aubrun, Esq., counsel for Defendant United States. At the time of the filing, no response had been received. On December 11, 2025 sought the consent of Saad Chalcal, counsel for Defendant-Intervenor at the time of filing, no response had been received.

Respectfully submitted,

Dated: December 11, 2025

/s/ David J. Craven
David Craven
Craven Trade Law LLC
3744 N Ashland
Chicago, IL 60613
(773) 709-8506

*Counsel to Plaintiffs*