**Certificate of Service**

     As counsel for Jiangsu Nova Intelligent Logistics Equipment Co., Ltd., Nanjing Jinshidai Storage Equipment Co., Ltd., and Hebei Nova Intelligent Logistics Equipment Co., Ltd I certify that on December 11, 2025 the attached document was filed electronically with the Court using the CM/ECF system. Accordingly, pursuant to the provisions of Administrative Order 02-01, such documents are deemed to have been electronically served on all parties to the proceeding.

                                               /s/ David Craven  
                                               David Craven